**Appeal Dismissed and Memorandum Opinion filed February 27, 2024.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00719-CV

---

## DEUNTAE THOMAS, Appellant

## V.

## FIRST NATIONAL BANK TEXAS, Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2023-58025**

---

### MEMORANDUM OPINION

This appeal is from an order signed August 31, 2023 granting an application for a temporary restraining order and an order signed September 15, 2023 granting a temporary injunction. The clerk's record was file October 9, 2023. The reporter's record was filed December 11, 2023. No brief was filed.

On January 3, 2024, we issued a notice stating that unless appellant filed a brief on or before January 16, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.